IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE FRISK LAW FIRM, LLC, | CIVIL DIVISION |
| Plaintiff, | No. 2:15-cv-01033-JFC |
| v. | |
| NATIONWIDE INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK FOR THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Pursuant to Federal Rule of Civil Procedure 41(a), the above-referenced Parties, by and through their counsel of record, hereby Stipulate to the Dismissal of this lawsuit. Kindly mark this case VOLUNTARILY DISMISSED.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| THE FRISK LAW FIRM, LLC | ROBB LEONARD MULVIHILL LLP |
| /s/ Nick Frisk, Jr. | /s/ Daniel L. Rivetti |
| Nick Frisk, Jr., Esquire | Daniel L. Rivetti, Esquire |
| The Frisk Law Firm, LLC | Jennifer L. Miller, Esquire |
| 303 Fifth Street | BNY Mellon Center |
| Ellwood City, PA 16117 | 500 Grant Street, Suite 2300 |
| *Attorney for the Plaintiff* | Pittsburgh, PA 15219 |
| | *Attorneys for Defendant* |

{R0542039.1 }